O. P. COLLUM V. THE STATE.

No. 16802. Delivered May 16, 1934.

The opinion states the case.

*W. E. Martin*, of Abilene, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for transporting intoxicating liquor, punishment assessed being one year in the penitentiary.

The indictment properly charges the offense. The record is here without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

*Affirmed.*